# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JON HERRICK and JENNIFER HERRICK, and the martial community comprised thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN PROPERTY & CASUALTY INSURANCE COMPANY, a foreign corporation doing business in Washington<br><br>Defendant. | NO. 2:19-cv-02040-RSM<br><br>**STIPULATION AND<br>ORDER OF DISMISSAL** |

## I. STIPULATION

Pursuant to Fed. R. Civ. P. 41, Plaintiffs and Defendant, by and through their respective counsel, whose names appear below, hereby stipulate that this action has been settled and that this action, and all claims, may be dismissed with prejudice and without an award of costs or attorney fees to any of the Parties and that the following Order of Dismissal is hereby consented to and approved of by all Parties and their counsel.

//

//

STIIPULATION AND
ORDER OF DISMISSAL - 1
(Case No. 2-19-cv-02040-RSM)

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

| | |
|---|---|
| 1 | DATED this 10th day of March, 2020. |
| 2 | LEVY VON BECK COMSTOCK P.S. |
| 3 | |
| 4 | By: *s/ Seth E. Chastain*<br>Seth E. Chastain, WSBA #43066 |
| 5 | Tyler Kerr, WSBA #46993<br>Levy Von Beck Comstock, P.S. |
| 6 | 1200 Fifth Ave., Suite 1850<br>Seattle, WA 98101 |
| 7 | T: 206.626.5444 |
| 8 | sechastain@levy-law.com;<br>tyler@levy-law.com |
| 9 | *Attorneys for Plaintiffs* |
| 10 | GORDON REES SCULLY MANSUKHANI, LLP |
| 11 | By: *s/ Kyle Silk-Eglit* |
| 12 | Sally Kim, WSBA #35289<br>Kyle J. Silk-Eglit, WSBA #43177 |
| 13 | Gordon Rees Scully Mansukhani, LLP<br>701 Fifth Avenue, Suite 2100 |
| 14 | Seattle, WA 98104<br>T: 206.695.5100 |
| 15 | F: 206.689.2822 |
| 16 | sallykim@grsm.com;<br>ksilkeglit@grsm.com. |
| 17 | *Attorneys for Defendant* |

STIIPULATION AND
ORDER OF DISMISSAL - 2
(Case No. 2-19-cv-02040-RSM)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## II. ORDER OF DISMISSAL

THIS MATTER, having come on before the above-entitled court and upon the foregoing Stipulation of all Parties hereto, the Court ORDERS that this action, including all causes of action that were brought or which could have been brought with regard to the insurance claim at issue in this litigation, is hereby dismissed with prejudice and without an award of costs or attorney fees to any of the Parties.

Signed this 11th day of March 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIIPULATION AND
ORDER OF DISMISSAL - 3
(Case No. 2-19-cv-02040-RSM)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822